## KING v. STATE.
### No. 16896.

Court of Criminal Appeals of Texas.
June 6, 1934.

Foster Davis, of Haskell, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is robbery; the punishment, confinement in the penitentiary for twenty years.

It does not appear that appellant gave notice of appeal. Hence this court is without jurisdiction.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## SMITH v. STATE.
### No. 16975.

Court of Criminal Appeals of Texas.
June 6, 1934.

W. A. Shofner, of Temple, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for murder; punishment assessed at twenty years' confinement in the penitentiary.

The indictment charges the offense. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

We note that in pronouncing sentence against appellant the record before us shows that the court inadvertently omitted to give appellant the benefit of the Indeterminate Sentence Law (Vernon's Ann. C. C P. art. 775). The sentence will be reformed to direct that he be confined in the penitentiary for not less than two nor more than twenty years.

As thus reformed, the judgment is affirmed.